In the Matter of the Petition of HARRISON C. FALES, Respondent, to be Relieved from his Purchase on the Foreclosure Sale in Action of TEUNIS SCHENCK REMSEN, Appellant, *v.* SARAH A. STORM et al.

*Matter of Fales,* 33 App. Div. 611, affirmed.
(Argued November 21, 1898; decided December 6, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1898, affirming an order of Special Term relieving the petitioner from his purchase at a foreclosure sale.

*Hector M. Hitchings* for appellant.

*J. Alexander Koones* for respondent.

Orders affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.